| | | | |
|---|---|---|---|
| Com. v. Cravener | 1714 MDA 2015 Vacated and Remanded | 11/01/2016 | CP–38–CR–0000922–2015 (Lebanon) |
| Com. v. Rivera | 1715 MDA 2015 Vacated and Remanded | 11/01/2016 | CP–38–CR–0000965–2015 (Lebanon) |
| Stevens & Lee v. Cresswell | 1832 MDA 2015 Affirmed | 11/01/2016 | 15–12326 (Berks) |
| Com. v. Henry | 2223 MDA 2015 Reversed, Vacated and Remanded | 11/01/2016 | CP–21–CR–0003175–2014 (Cumberland) |
| Com. v. Wallace [2] | 2274 MDA 2015 Affirmed | 11/01/2016 | CP–22–CR–0001076–2011 12/22/2016 CP–22–CR–0001242–2011 (Dauphin) |
| Com. v. Campbell | 102 MDA 2016 Affirmed | 11/01/2016 | CP–28–CR–0000885–2012 (Franklin) |
| Com. v. Hoffman | 308 MDA 2016 Affirmed | 11/01/2016 | CP–38–CR–0000924–2015 (Lebanon) |
| Com. v. Rose | 1301 WDA 2015 Affirmed | 11/01/2016 | CP–02–CR–0014787–2014 (Allegheny) |
| Elliott v. Elliott | 69 WDA 2016 Reversed and Remanded | 11/01/2016 | 714 CD 2013 (Clarion) |
| DiSanti v. DiSanti [3] | 99 WDA 2016 Affirmed | 11/01/2016 | FD 99–02811–005 (Allegheny) |
| Com. v. Benson | 213 WDA 2016 Affirmed | 11/01/2016 | CP–02–CR–0009546–2015 (Allegheny) |
| In the Interest of P.E.; Appeal of J.G. | 799 WDA 2016 Affirmed | 11/01/2016 | CP–25–DP–0000176–2014 (Erie) |
| Com. v. McKeown | 1186 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–0006301–2014 (Philadelphia) |
| In the Interest of: S.H. | 1582 EDA 2015 Affirmed | 11/02/2016 | CP–51–JV–0000686–2015 (Philadelphia) |
| Com. v. Williams | 1640 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–0012611–2013 (Philadelphia) |
| Stephano Brothers v. Williams | 2571 EDA 2015 Affirmed | 11/02/2016 | CP–51–CR–0012611–2013 (Philadelphia) |

2. Petition for reargument denied December 22, 2016.
3. Petition for reargument denied December 07, 2016.